# DISTRICT COURT OF MARYLAND FOR

**LOCATED AT (COURT ADDRESS)**
District Court of MD
14735 Main St #173B
Upper Marlboro, MD. 20772

**CASE NO.**
CV

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☒ over $10,000
Clerk: Please docket this case in an action of ☐ contract ☒ tort
☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are: See Petitioner attached complaint for particulars

## PARTIES

**Plaintiff**
United States of America w/
Henry T. Sanders
4045 Weaver Ave. Apt. #D3
Hyattsville, MD. 20784

**VS.**

**Defendant(s):**

1. Midland Funding LLC
   8870 Aero Dr. St. 200
   San Diego, CA. 92123
   et al.
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Wal-Mart Associates, Inc.
   700 SW 8th St.
   Bentonville, AR. 72716
   et al.
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. 
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. 
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 10,000.00 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Signer's Address: _____
Signer's Telephone Number: _____
Signer's Facsimile Number, if any: _____
Signer's E-mail Address, if any: _____

## ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code
United States of America w/ Henry T. Sanders
4045 Weaver Ave. Apt. #D3
Hyattsville, MD. 20784
(301) 772-1616

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____
*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*
☒ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: 7/12/12
Signature of Affiant: Henry T. Sanders

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date: 7/12/12
Signature of Affiant: Henry T. Sanders

DC/CV 1 (front) (Rev. 7/2011) Print Date 7/2011

District Court of Prince George's County

United States of America
a/o Henry T. Sardens
    Petitioner,

vs.       Case # 050200203032012

Midland Funding LLC
a/o Wal-Mart Associates, Inc.
    et     al.
    Respondents.

Memorandum in Support of Affidavit in Support of Motion for Summary Alternatives, Motion to Amend, Motion to Consolidate, Motion for Subpoena, Motion for Perpetuation of Testimony, Motion for Mental or Physical Examination, Notice of Taking Deposition, Requests for Public Information, Requests for Discovery of Documents and Property, Interrogatories to Parties, Requests for Admission, Certificate, Requests, Counterclaim and Crossclaim Answers to Respondents' and Clerk Assessments, Judge Thomas J. Love......etc.

## Introduction

Please be advised the case isn't removed to the United States District Court For The District of Maryland (Greenbelt).

## Jurisdiction

On 22 June 2012, this court entered decision in favor of the Petitioner under MR 3-507.1 App. A.J. The jurisdiction of Judge Love and this court is invoked under Section 4-401 Q

The Courts and Judicial Proceedings; Colonial Carpet v. Carpet Fair, 36 Md. App. 583, 374 A.2d 419, 421 (1977); Title 28, Section 1746; Title 28, Section 1653; Article 3 of the United States Constitution; Article 2 of the Declaration of Rights; Section 2-201 and 1-201 of the Courts and Judicial Proceedings; Article 4, Section 18 of the Maryland Constitution; Public Information Act; MR 16-101, 3-510, 3-503, 3-431, 3-421, 3-401, 3-342, 3-341, 3-331, 3-325, 3-311, 3-112, 1-304, 1-307 and 1-201.

## Motion for Summon

Dear Judge Love,

On 12 July 2012, the above entitled action docket log establish the Petitioner filed a complaint with the Clerk's Office and requested a summon writ from the Clerk's Office as MR 3-112 authorize the Clerk to issue a summon writ forthwith. Furthermore, as this court is aware, this matter is pending before the Circuit Court as the Circuit Court records established to this court that the Clerk refused to enter correct decision in the case as Article 4 of the Declaration of Rights and First Amendment authorize the Petitioner to review the Clerk documents for accuracy. A copy of the Petitioner duplicate clerk writ of summon is attached thereto and the Petitioner duplicate Clerk writ of summon complies with MR 3-114 as is the correct decision of the clerk until further order from the Circuit Court as serve the Circuit Court in banc already issue the District Court a subpoena writ for consideration as if this court refuses to comply with the Circuit Court in banc subpoena writ. Petitioner has filed a timely Motion to Compel with the Circuit Court in banc to force this court to comply with the subpoena writ as as further as the Petitioner is concerned.

The court failed to establish the Respondents response

paper establish the court can determine based on the records as evident that the clerk complied with MR3-112 oo 1-201 or establish the Respondents response paper establish the court can determine bases on the records as evident that the parties didn't stipulate, consent oo agree for Judge love oo court to grant the Petitioner motions as relief sought pursuant to the Rules of Evidence, oo Judge love oo court granted the Petitioner motion for Summon. See Title 28 Section 1746; Section 4-401 oo 1-201 Of The Courts oo Judicial Proceedings; Colonial Carpet v. Carpet Fair; Article 4 Section 18 Of The Maryland Constitution; MR 16-101, 3-331, 3-311, 3-112, 1-304, 1-303 oo 1-201.

### Petitioner Relief Sought

The Clerk is compelled to enter Summon oo subpoena unit in favor of the Petitioner on 16 July 2012, oo filed a copy of the Petitioner duplicate Clerk summon oo subpoena unit with the clerk's office on 16 July 2012, oo produce oo place in the Petitioner, Respondents oo this court possession for inspection oo permanently on 10 June 1976, together with proof of services thereof; several filed copy of this paper; several filed type signed copy of the Petitioner duplicate clerk complaint, Summon oo subpoena unit. See Article 3 Of The United States Constitution; Article 2 Of The Declaration of Rights; MR 3-311 oo 3-112.

### Motion to Amend

Dear Judge love,

On 12 July 2012, the Petitioner filed a complaint with the clerk's office oo on this court complaint form the court staff refused to allow the Petitioner to check two (2) items noted on the Petitioner claims box oo the Petitioner refused to signed the form oo staff inform the Petitioner to seek amends from the court oo

4

won the District Court Petitioner claims statement should endicate hereinafter box for other check: see attached Petitioner complaint as demands judgment for relief.

Second, the Petitioner complaint invokes Judge Lowe jurisdiction because he is fully aware of this matter, so the Petitioner complaint contain typos error, so the jurisdiction of Judge Lowe as court is amended to the following: Section 4-401, 2-201 and 1-201 of the Courts and Judicial Proceedings; Colonial Carpet v. Carpet Fair, 36 Md. App. 583, 374 A.2d 419, 421 (1977); Title 28, Section 1746; Title 28, Section 1653; Article 3 of the United States Constitution; Article 2 of the Declaration of Rights; Article 4, Section 18 of the Maryland Constitution; Public Information Act; MR 16-101, 3-510, 3-503, 3-431, 3-421, 3-401, 3-341, 3-331, 3-325, 3-311, 3-112, 1-304, 1-303 and 1-201.

Third, the circuit court docket log establish to this court that this court caption should be USA see Henry T. Sadeau and Niagara Funding LLC as Wal Mart Associates, Inc., et al. so the Petitioner duplicate clerk summons & a subpoena must be filed with the clerk's office on 16 July 2012.

Fourth, Title 28, Section 1653; Article 2 of the Declaration of Rights; MR 3-342, 3-342 and 1-201 indicate this papers is timely filed with the clerk's office — in law of the court isn't necessarily based on the stipulation, consent and agreement of the parties inasmuch as the federal court note in Mayle v. Felix, 545 U.S. 644, 125 S. Ct. 2562, 2569, 162 L.Ed. 2d 582 (2005); Thompson v. Carter, 284 F.3d 411, 415 (2d Cir. 2002) and Washington v. New York City Bd. of Estimate, 709 F.2d 792, 795 (2d Cir. 1983) that amend is the Petitioner constitutional right as as further as the Petitioner is concerned.

The court failed to establish the opposing parties response

5

paper establish the court can determine based on the records as evident that amend his entitle Petitioner constitutional right before the court or establish the opposing parties response paper establish the court can determine based on the records as evident that this paper fails to comply with Title 28, section 1653, MR 3-342, 3-341 or 1-201 or establish the opposing parties response paper establish the court can determine based on the records as evident that the Petitioner pleadings or jurisdiction isn't defected or establish the opposing parties response paper establish the court can determine based on the records as evident that the parties didn't stipulate, consent or agree for Judge love or court to grant the Petitioner motions or relief sought pursuant to the Rules of evident or the court grants the Petitioner Motion to Amend or by Title 28, section 1746; section 4-401 or 1-201 of The Courts or Judicial Proceedings; Colonial Carpet v. Carpet Fair, MR 16-161, 3-331, 3-311, 1-304, 1-303 or 1-201 or Article 4, section 18 Of The Maryland Constitution.

### Petitioner Relief Sought

Petitioner is compelled to file a amended complaint, pleadings or jurisdiction with the Clerk's office or serving a copy of the document or jurisdiction upon the Respondents. See Article 3 Of The United States Constitution; Article 3 Of The Declaration Of Rights; Title 28, section 1653; MR 3-342, 3-344 or 3-311.

### Motion to Consolidate

Dear Judge love,

Please be advised the Circuit Court Docket log further establish to this court that the Petitioner has several cases before the Maryland Courts or the actions involved common question of law or fact or a common subject matter or to prevent from filing several new cases with the Maryland Courts, MR 3-503 authorize the Petitioner to move



for a Motion to Consolidate to prevent unnecessary costs or delay as to bring felony to justice. Furthermore, as this court is aware the Circuit Court en banc schedule the hearing for 25 July 2012, and subpoena all parties to attend the court en banc hearing to settle this matter as to prevent separate jury trials, MR 3-503 authorize this court to consolidate for inconvenience as to avoid prejudice so as further as the Petitioner is concerned.

The court failed to establish the opposing parties response paper establish the court can determine based on the records and evident that the actions doesn't involve a common question of law or fact or a common subject matter or establish the opposing parties response paper establish the court can determine based on the records and evident that the parties didn't stipulate, consent or agree for Judge Love as court to grant the Petitioner motions or relief sought pursuant to the rules of evidence as the court granted the Petitioner Motion to Consolidate. See Title 28, Section 1746; Section 4-401 to 1-201 of the Courts of Judicial Proceedings; Colonial Carpet v. Carpet Fair; Article 4, Section 18 of the Maryland Constitution; MR 16-101, 3-331, 3-311, 1-304, 1-303 and 1-201.

### Petitioner Relief Sought

The cases or actions noted before the Petitioner is consolidate into case number 0502002030 32012 on 10 June 1976 day, Article 3 of the United States Constitution; Article 2 of the Declaration of Rights; MR 3-503 and 3-311.

### Motion for Subpoena

Dear Judge Love,

Please be advise the Circuit Court en banc hearing on 25 July 2012, is this court hearing as such the Petitioner is entitled to a conference, hearing as trial before this court as MR 3-510 authorize the clerk to issue

7

a subpoena writ for a court proceedings upon requested & a copy of the Petitioner interrogatories to parties, notice of taking deposition as requested is attached thereto. Furthermore, MR 3-510 authorize the clerk to determine if the Petitioner is entitled to the subpoena writ or issue the writ inasmuch as the clerk refuses to comply with MR 3-510 and MR 3-311 authorize the Petitioner to move for a Motion for Subpoena writ to force the clerk to comply with MR 3-510 pursuant to the Rules of Evidence IAW the First Amendment under the Fourteen Amendment. See, Fifth Amendment.

Second, case number CV5-45441-2010 and Circuit Court case number CAL 10-33619 further establish to this court that Judge Rhodes refused to comply with Title 18, Section 1622 so this constitute subornation of perjury and since subornation of perjury is consider as a felony so the District Court dismissal decision issue under case number CV5-45441 doesn't prohibit the Petitioner from bring this charge up again before the court, MR 3-431 authorize the Petitioner to seek a Motion for Perpetuation of Testimony writ to summarily affirmed or disaffirmed the Petitioner felony charge to the Circuit Court of Prince George Count based on the records and evident because Section 4-304 and 1-201 of the Courts and Judicial Proceedings authorize this court to conduct a preliminary hearings to see whether or not Judge Rhodes and Anna Bolleno to be held for the grand jury. Furthermore, this papers complied with MR 3-431 and MR 3-431.2-404 and 1-201 indicate the Petitioner has a legal right to perpetuation of evidence from the opposing parties to summarily affirmed the Petitioner claim to the Circuit Court and MR 3-510 still authorize the clerk to issue the subpoena writ pursuant to the Rules of Evidence IAW the First Amendment under the Fourteen Amendment. See, Fifth Amendment.

Hereinafter, the court fails to establish the opposing parties responses/papers establish the court can determine based on the records and evident that the clerk complies with MR 3-510 and 1-201 or establish the opposing parties responses/papers establish the court can determine based on the records and evident that the Petitioner isn't entitled to a subpoena

unit were MR3-510 or establish the opposing parties response papers establish the court can determine based on the records as evident that the parties didn't stipulate, consent or agree for the court to grant the Petitioner's motion as relief sought pursuant to the Rules of Evidence so Judge Love so court grant the Petitioner's Motion for Subpoena unit. See, Title 28, Section 1746; Section 4-401 and 1-201 of the Courts and Judicial Proceedings; Colorvise Carpet v. Carpet Fair; Article 4, Section 18 of the Maryland Constitution; MR 16-101, 3-331, 3-311, 1-304, 1-303 and 1-201.

### Petitioner Relief Sought

The Clerk is compelled to enter subpoena unit in favor of the Petitioner as ruled MR 3-510 on 16 July 2012, as filed a copy of the Petitioner's duplicate Clerk subpoena unit with the clerk's office on 16 July 2012, so present so place in the Circuit Court Clerk's office, Petitioner, Respondents so this court Clerk's office possession for inspection so permanently on 10 June 1976, together with proof of service that so several filed a copy of their papers so Several filed typed signed copy of the Petitioner Duplicate Clerk Subpoena unit. See, Article 3 Of The United States Constitution; Article 2 Of The Declaration of Rights; MR 3-516, 3-311 and 1-201.

### Motion for Perpetuation of Testimony

Dear Judge Love,

As you are aware this matter is still pending before the Circuit Court so the Circuit Court records as evident establish to this Court that the Respondents weren't entitled to judgment under case number CU5-45441 so Judge Rhodes must explain to the jury why he refused to comply with Title 18, Section 1622 and MR 3-431 and 2-404 authorize the Petitioner to move for a Motion for Perpetuation of Testimony unit because the Respondents has a credibility problem before

the court so seven the Circuit Court has already issue this court a subpoena unit for consideration. MR 3-431 and 2-404 clearly establish the Petitioner has a legal right to perpetuation of evidence from the Respondents so a copy of the Petitioner motions, requests and notice is attached thereto. Furthermore, MR 3-431 indicate to the court that the court may allow perpetuation of testimony for good cause shown as good cause shown is determine by status or rules and MR 2-516, 2-423, 2-422, 2-421, 2-415, 2-412, 2-411 and 1-201 indicate to this court that the Petitioner has a legal right to perpetuation of testimony from the Respondents since the Respondents has a creditability problem before the Circuit Court so any prudent individual would assume the Petitioner establish the Petitioner establish good cause shown so MR 3-431 the court to grant this motion pursuant to the Rules of Evidence and as further as the Petitioner is concerned.

The court failed to establish the opposing parties response papers establish the court can determine based on the records and evident that this papers failed to establish good cause shown or establish the opposing parties response papers establish the court can determine based on the records as evident that this papers failed to comply with the Maryland Rules or establish the opposing parties response papers establish the court can determine based on the records as evident that the parties didn't stipulate, consent or agree for Judge long or court to grant the Petitioner motions or relief sought pursuant to the Rules of Evidence so the court grants the Petitioner Motion for Perpetuation of Testimony. See Title 28, Section 1746; Section 4-401 and 1-201 of the Courts and Judicial Proceedings; Colonial Carpet V. Carpet Fair; Article 4, Section 18 of the Maryland Constitution; MR 16-101, 3-331, 3-311, 1-304, 1-303 and 1-201.

<u>Petitioner Relief Sought</u>

9

The Petitioner is compelled to take the Respondents deposition on the subject matter noted before the Petitioner on 10 June 1976. See, Article 3 of The United States Constitution; Article 2 of The Declaration of Rights; MR 3-431, 3-311 and 1-201.

## Motion for Mental or Physical Examination

Dear Judge Love,

Please due to causes in MR 3-431, 2-423, 2-404 and 1-201 also authorize this motion to be included with the Petitioner Motion for Perpetuating Testimony and since the Respondents and Judge Rhodes has a credit ability problems before the court and this created controversy between the Petitioner and Respondents. MR 3-431, 3-421, 3-401, 2-510, 2-423, 2-422, 2-421, 2-415, 2-412, 2-411 and 1-201 is the status and rules that entitles the Petitioner to submit the Respondents to mental and physical examination and a copy of the Petitioner notice is attached thereto. Further more the time, place, manner, conditions and scope...etc, is noted on the Petitioner duplicate club subpoena and as any prudent individual would assume this paper complied with MR 3-431, 2-423 and 2-404 and MR 3-431 authorize this court to grant this motion pursuant to the Rules of Evidence IX and the First Amendment and the Fourteen Amendment. See, Fifth Amendment.

Hereinafter, the court failed to establish the opposing parties response paper establish the court can determine base on the records and evident that this paper failed to comply with the Maryland Rules or establish the opposing parties response paper establish the court can determine based on the records and evident that this unit doesn't dispose of the controversy or establish the opposing parties response paper establish the court can determine based on the records and evident that this paper failed to establish good cause shown or establish the opposing parties response paper establish the court can determine



16

11

based on records as evident that the parties didn't stipulate, consent or agree for Judge Love or court to grant the Petitioner Motion as relief sought pursuant to the Rules of Evidence, as the court granted the Petitioner Motion for Mental or Physical Examination. See Title 28, Section 1746; Section 4-401 ool- 201 of the Courts or Judicial Proceedings; Colonial Carpet v. Carpet Fair; Article 4, Section 18 of the Maryland Constitution; MR 16-101, 3-331, 3-311, 1-304, 1-303 and 1-201.

### Petitioner Relief Sought

The Respondents is compelled to submit to mental or physical examination on the date, time and location noted on the Petitioner duplicate clerk subpoena writ. See Article 3 of the United States Constitution; Article 2 of the Declaration of Rights; MR 3-431, 3-311 ool-201.

Note: Please be advised the subpoena writ will be used to force the Respondents to attend the Circuit Court in law hearing on 25 July 2012.

### Notice of Taking Deposition

Dear Judge Love,

Pursuant to MR 3-431. Petitioner seek a deposition from this court on the date, time and location noted on the Petitioner duplicate clerk subpoena writ to summarily affirm or disaffirm the Petitioner complaint counts to the Circuit Court in law and District Court based on the records as evident.

### Certificate

Dear Judge Love,

Pursuant to MR 3-431, 602-431. Please be advised the Petitioner attempted to discuss this matter in good faith with the

Respondents as opposing parties over the telephone on 10 July 2012, 10:00 A.M., and was unable to resolve the matter or reach an agreement on the disputed issues.

## Counterclaim as crossclaim

Dear Judge Love,

Pursuant to MR 3-331, Please be advised the Petitioner's counterclaim as crossclaim is noted on the Petitioner's papers noted before the Maryland Courts.

(2). Respondents as Judge Rhodes is guilty of a felony before the Maryland Courts as to keep them out of jail. Respondents stipulated, consented and agreed to enter warrant on final judgment of Contempt writ in favor of the Petitioner in whole on 24 August 2012, and so place, in the Petitioner's possession for inspection as per writ on 10 July 1976, together with proof of service thereof unspecified money damages noted before the Petitioner.

Notice of Taking Deposition;
Attestives, Requests for Public
Information, Requests for
Discovery of Documents and
Property, Interrogatories to
Parties, Requests for Admission,
Requests

Dear Judge Rhodes, Respondents, Any Attorney, Peace Officers as Clerk,

Pursuant to section 4-401; 2-201 and 1-201 of the Courts and Judicial Proceedings; Title 28 Section 1746; Public Information Act; Article 4, section 18 of the Maryland Constitution; Colonial Carpet v. Carpet Fair; MR 3-510, 3-431, 3-421, 3-401

12

601-201, Circuit Court Subpoena unit as Rules. Petitioner requests the parties to admit to the Maryland courts on 25 July 2012, 9:00 A.M., the information on the Petitioner duplicate Maryland courts and Respondents statements, documents and decisions is true and correct based on the laws, statutes, rules, regulations, records, evidence as case.

(2). Petitioner requests the parties to expunge the records notice before the Petitioner on 27 September 2012, and return the parties papers notice in the above entitled case to the parties on 27 September 2012, and enter certificate in favor of the Petitioner in whole under Title 28, Section 1738 on 27 September 2012, and file a copy of the Petitioner duplicate Judge Rhodes and Clerk certificate with the clerks office on 27 September 2012, and produce and place in the Petitioner, Respondents and any court possession for inspection and permanently on 27 September 2012, together with proof of service thereof a filed type signed certified copy of the Petitioner duplicate Judge Rhodes and Clerk certificate.

(3). Petitioner requests parties to enter Warrant on Final Judgment of Contempt unit in favor of the Petitioner in whole under MR 1-321 on 24 August 2012, and file a copy of the Petitioner duplicate Judge Rhodes and Clerk Warrant on Final Judgment of Contempt unit with with the clerks office on 24 August 2012, and produce and place in the Petitioner, Respondents, any peace officer and court possession for inspection and permanently on 10 June 1976, together with proof of service thereof a filed type signed certified copy of the Petitioner duplicate Judge Rhodes and Clerk Warrant on Final Judgment of Contempt unit as items notice on the unit.

(4). Petitioner requests the parties not to file the Respondents future papers notice before the Petitioner with the clerks office until father order from the Petitioner and enter return, summons and subpoena unit

13

in whole of the Petitioner in whole i.e., MR3-5103-124, a03-112    14
on 12 July 2012, as files a copy of the Petitioner duplicate Peace Officer
or Clerk return, summons or subpoena writ with the Clerk's Office on
12 July 2012, or produce or place in the Petitioner, Respondents, Peace Officer,
Attorney General of The United States, Judge Thurman H. Stoff or
Staff of this court Clerk's Office possession for inspection or permanently
on 10 June 1976, together with proof of service thereof a files a copy of
this paper, several filed copy of the Petitioner duplicate Clerk complaints,
several filed typed signed copy of the Petitioner duplicate Peace Officer
or Clerk return, summons or subpoena writ or items noted on the
Petitioner duplicate federal or state court subpoena writs.

⑤. Petitioner requests the parties to transfer or
remove the above entitled actions or records to the
Circuit Court of Prince George's County on 12 July 2012, or produce
or place in the Petitioner, Respondents, Attorney or Circuit Court
of Prince George's County Clerk's Office possession for inspection or
permanently on 12 July 2012, together with proof of service thereof
a filed typed signed copy of the Petitioner duplicate Judge
Process transfer, consolidate or stay writ or items noted on
the transfer, consolidate or stay writ.

⑥. Petitioner requests Midland Funding
LLC to produce or place in the Court of Appeals of Maryland
Clerk's Office, Court of Special Appeals of Maryland Clerk's Office,
Circuit or District Court of Prince George's County Clerk's Office
possession for inspection or permanently on 10 June 1976,
together with proof of service thereof a filed copy of this
paper or money damages of $5,000.00 in cash for bill of
costs..

⑦. Petitioner requests the waiver the costs noted
before the Petitioner permanently on 10 June 1976, or files a copy
of the Petitioner duplicate Parties Certificate of Compliance with

this court clerk's office when the parties comply with this paper, laws, statutes, rules, regulations oo court decisions satisfactory to the Petitioner.

(8). Petitioner requests the parties to allow the Petitioner to inspect oo copy the records noted before the Petitioner on 10 June 1976, 8:00 A.M., 4045 Warner Ave., Apt. # 03, Hyattsville, MD. 20784, oo correct the records noted before the Petitioner on 10 June 1976, oo make the records noted before the Petitioner conform to the truth of the matter on 10 June 1976, oo permanently release the Petitioner property noted before the Petitioner from custody on 10 June 1976, oo permanently reassign the above entitled actions to the Petitioner on 10 June 1976, oo provide the Petitioner a jury trial on the estate items oo location noted before the Petitioner on 10 June 1976, oo permanently remove the disobedient parties body noted before the Petitioner from office oo duty under the Doctrine of At Will Employment oo constitution on 10 June 1976 for willful neglect of duty, professional misconduct or lying oo settle this matter on 10 June 1976, oo strike from the records noted before the Petitioner on 10 June 1976, items noted before the Petitioner oo produce oo place in the Petitioner, Respondents, Peace Officer oo Maryland courts clerk's office possession for inspection oo permanently on 10 June 1976, together with proof of service thereof, filed type signed copy of the Petitioner duplicate Parties stipulation, settlement oo items noted on the stipulation oo settlement.

(9). Petitioner requests the parties to produce oo place in the Maryland courts clerk's office oo Peace Officer possession for inspection oo permanently on 10 June 1976, together with proof of service thereof, items noted before the Petitioner.

(10). Petitioner requests the parties to comply with this

15

papers, allegations, statutes, rules, regulations, stipulation, settlement, court documents or decisions permanently and forthwith, or permanently deny the opposing parties pleadings or requests notice before the Petitioner on 10 June 1976.

(11). Petitioner requests the parties to comply with the Petitioner duplicate federal or state court subpoenas permanently and forthwith, or thereupon the opposing parties sayth Motion for leave to file Motion to Quash, Alternative, Motion for Protective Order, Motion for Release, Motion for Extension of Time, Notice of Appeal, Motions..... etc., is granted.

16

### Requests for Trial by Jury

Dear Judgelove,

Pursuant to MR3-325. Petitioner requests trial by jury.

### Requests for Hearing

Dear Judgelove,

Pursuant to MR.3-311. Petitioner requests a hearing.

### Requests for Assignment

Dear Judgelove,

Pursuant to MR 16-302, 16-301 or 16-101. Petitioner requests Judgelove to schedule the Petitioner jury trial or all pending matters for the date, time or location notice on the Petitioner duplicate federal or state court subpoenas.

### Request for Findings and Conclusions

17

Dear Judge Love,

Pursuant to MR 3-522. Petitioner requests Judge Love as court to find the facts specially and state the conclusions of law separately.

### Proof of Service

I certify that a copy the foregoing motions as attachments was forward by first class postage prepaid mail service on this 16TH day of July 2012, to:

Midland Funding LLC
8870 Aero Dr. St. 200
San Diego, CA. 92123

Wal-Mart Associates, Inc.
700 SW 8th St.
Bentonville, AR. 72716

### Affidavit in Support of Declaration as Signature

Pursuant to Title 28, Section 1746; MR 1-304 and 1-303. I certify under the penalty of perjury that the foregoing information consisting of 18 pages is true and correct on this 16TH day of July 2012, based on the laws, statues, rules, regulations, evidence or case.

Affiant sayeth no more.

Respectfully submitted,
Henry T. Sanders

4045 Alexander Ave. Apt. #D3
Hyattsville, MD. 20784
16 July 2012

18

Noted: Under case number 0502-45441-2010, the Respondents failed to comply with MR 3-507, 3-311 and 1-201, and MR 15-502 and 3-311 authorize the Petitioner to seek injunction writ to protect the court judgment/dismissal writ and a copy of the Petitioner complaint is attached thereto.